

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00139-CR

**IN RE** Walter **FISK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  March 25, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Walter Fisk filed this pro se petition for writ of mandamus on March 12, 2015, complaining of the trial court's denial of his motion to dismiss the underlying criminal proceeding for failure to provide a speedy trial. Relator has been appointed trial counsel to represent him in connection with the pending criminal charges. We conclude that any original proceeding on the issue raised should be presented by relator's trial counsel. Relator is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (en banc). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806,

---

[1] This proceeding arises out of Cause No. 2014CR3772, styled *The State of Texas v. Walter Fisk*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.

806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator filed an application for leave to file his petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's application for leave to file is denied as moot.

PER CURIAM

DO NOT PUBLISH